IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PAUL SMITH, JR., et al., | No. 2:20-CV-2300-JAM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| JIM BODDEN et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. On September 22, 2021, the Court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court rules and orders. See ECF No. 7. On September 29, 2021, Plaintiff cured the default that led to issuance of the findings and recommendations by submitting service documents to the United States Marshal. See ECF No. 8. Good cause appearing therefor, the findings and recommendations issued on September 22, 2021, are vacated. The matter remains on calendar for an initial scheduling conference before the undersigned in Redding, California, on December 8, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 13, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1