# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PAUL SMITH, JR., et al., | No. 2:20-CV-2300-JAM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| JIM BODDEN, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil action under the Americans with Disabilities Act (ADA).

On August 10, 2021, the Court determined this action was appropriate for service and directed Plaintiffs to submit documents to the United States Marshal for service of process on Defendant. See ECF No. 4. Plaintiffs submitted the required documents on or about September 29, 2021. See ECF No. 8. To date, the United States Marshal has not served Defendants Bodden or Alaways, and process directed to Defendants Aston and Blackstone has been returned unexecuted. See ECF No. 10. Given that Defendants have not been served or appeared in the action, the scheduling conference set for December 8, 2021, is continued to February 23, 2022, at

///

///

///

10:00 a.m., in Redding, California.  The parties shall serve and file scheduling conference statements consistent with the Court's August 10, 2021, order.  See ECF No. 6.

IT IS SO ORDERED.

Dated:  November 30, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE