IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PAUL SMITH, JR., et al., | No.  2:20-CV-2300-JAM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| JIM BODDEN, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil action under the Americans with Disabilities Act (ADA).  On August 10, 2021, the Court determined Plaintiff's complaint was appropriate for service.  See ECF No. 4.  Since then, service of process directed at each of the named defendants has been returned unexecuted.  See ECF Nos. 10, 12, 13, and 14.  The process returns on file with the Court indicate that Plaintiffs have not named the proper defendants or served process via the persons authorized to accept service on behalf of corporate entities.  See id. Because no defendants have been served or appeared in the action, the Court finds that it is premature to conduct an initial scheduling conference.  The scheduling conference will, therefore, be vacated and Plaintiffs' will be directed to show cause in writing why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m), which requires service of process within 90 days after the date the complaint was filed, here November 18, 2020.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The initial scheduling conference set for February 23, 2022, at 10:00 a.m., before the undersigned in Redding, California, is vacated; and

2. Plaintiffs shall show cause in writing within 30 days of the date of this order why the action should not be dismissed for failure to effect timely service of process.

Dated:  February 4, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE