IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PAUL SMITH, JR., et al., | No.  2:20-CV-2300-DAD-DMC |
| Plaintiffs, | |
| v. | ORDER |
| JOM BODDEN et al., | |
| Defendants. | |

    Plaintiffs, who are proceeding pro se, bring this civil action.  Service of process was returned unexecuted as to all defendants and on April 18, 2022, the Court issued findings and recommendations that this action be dismissed for failure to effect timely service of process.  Plaintiffs filed late objections on August 25, 2022.  In their objections, Plaintiffs state that they have been diligently attempting to ascertain additional identifying information in order to allow for proper service of process by the United States Marshal.  Good cause appearing therefore, the April 18, 2022, findings and recommendations will be vacated.  The Court will also grant Plaintiffs additional time to submit amended documents necessary for service of process.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on April 18, 2022, are vacated;

2. The Clerk of the Court shall re-issue a summons in a civil case;

3. The Clerk of the Court shall send Plaintiffs the summons, four (4) USM-285 forms, and a copy of the complaint;

4. Within 45 days from the date of this order, Plaintiffs shall complete the summons by indicating the addresses of the named defendants and shall submit to the United States Marshal at the address indicated below the following documents:

   a. The completed summons;

   b. One completed USM-285 form for each named defendant;

   c. Five (5) copies of the complaint;

5. Within 60 days of the date of this order, Plaintiffs shall file a notice indicating that the documents described above have been submitted to the United States Marshal, or a notice that Plaintiffs intend to serve the summons and complaint without assistance from the United States Marshal;

6. If Plaintiffs seek the assistance of the United States Marshal, the United States Marshal is directed to serve all process without pre-payment of costs not later than 60 days from the date of this order, such service of process to be completed by serving a copy of the summons, complaint, and initial scheduling conference order on the Defendants at the addresses provided by Plaintiffs; and

7. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal at 501 "I" Street, Sacramento, CA, 95814.

Dated: November 14, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2