UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PAUL SMITH, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JIM BODDEN, et al., <br><br> Defendants. | No. 2:20-cv-02300-DAD-DMC (PS) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFFS' FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER <br><br> (Doc. No. 22) |

Plaintiffs Dennis Paul Smith, Jr. and Andrea Aguilar, proceeding *pro se* and *in forma pauperis*, initiated this civil action on November 18, 2020. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 15, 2022, the magistrate judge issued an order requiring plaintiffs to submit to the United States Marshal, within 45 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court within 60 days that those documents had been submitted. (Doc. No. 20.) Plaintiffs were warned at that time that their failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. (*Id.*) Plaintiffs failed to comply with that order and after its

issuance have failed to communicate with the court in any way.  Accordingly, on February 15, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiffs' failure to prosecute this action and failure to obey a court order.  (Doc. No. 22.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 15, 2023 (Doc. No. 22) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiffs' failure to prosecute this action and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 5, 2023**

_____
UNITED STATES DISTRICT JUDGE